# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 12-1795

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Northern |
| v. | * | District of Iowa. |
| | * | |
| Jose Luis Morones-Garcia, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: August 1, 2012
Filed: August 3, 2012

———————

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Jose Luis Morones-Garcia appeals after he pleaded guilty to unlawfully possessing and using identity documents, in violation of 18 U.S.C. § 1546(a) (Count 1); aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Count 2); and illegal reentry, in violation of 8 U.S.C. § 1326(a) (Count 3). The district court[1] imposed concurrent terms of 4 months in prison on Counts 1 and 3 and a consecutive term of 24 months in prison on Count 2, to be followed by concurrent terms of supervised release. On appeal, counsel has moved to withdraw and has filed a brief

———————

[1]The Honorable Linda R. Reade, Chief Judge of the United States District Court for the Northern District of Iowa.

under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the court improperly presumed the Guidelines range for Counts 1 and 3 was reasonable and failed to sufficiently consider the 18 U.S.C. § 3553(a) factors.

After careful review, we conclude that the sentences imposed by the district court on Counts 1 and 3 are not unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). Nothing in the record indicates that the court gave an improper presumption of reasonablenss to the Guidelines range; the court was not required to mechanically recite the section 3553(a) factors at sentencing, especially when it sentenced Morones-Garcia within the advisory Guidelines range, <u>see</u> <u>United States v. Todd</u>, 521 F.3d 891, 897-98 (8th Cir. 2008); and the court properly imposed the mandatory minimum sentence on Count 2, <u>see</u> 18 U.S.C. § 1028A(a)(1); <u>United States v. Chacon</u>, 330 F.3d 1065, 1066 (8th Cir. 2003).

Finally, after reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

_____